**Juan Carlos VARGAS, Petitioner,**

v.

**John ASHCROFT, U.S. Attorney General, Respondent.**

No. 04–60106.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Jan. 4, 2005.

Salvador Colon, Colon & Olvera, Houston, TX, for Petitioner.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, Leonard Aaron Schaitman, U.S. Department of Justice Civil Division—Appellate Staff, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, Houston, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, John S. Koppel, for Respondent.

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Juan Carlos Vargas, a native and citizen of El Salvador, petitions this court for review of the decision of the Board of Immigration Appeals' ("BIA") affirmance of the Immigration Judge's ("IJ") denial of his applications for asylum and withholding of removal. Vargas asserts that he has suffered past persecution and fears future persecution on account of his imputed political opinion as a result of his family having strong ties to the military.

Although Vargas identifies the standard of review for withholding of removal applications, he fails to address the issue in the body of the brief. Accordingly, the withholding of removal claim is deemed abandoned. *See Calderon–Ontiveros v. INS*, 809 F.2d 1050, 1052 (5th Cir.1986).

When, as here, the BIA adopts without opinion the IJ's decision, this court reviews the IJ's decision. *Gomez–Mejia v. INS*, 56 F.3d 700, 702 (5th Cir.1995). Here, the IJ's determination that Vargas has not shown past persecution or a well founded fear of future persecution if returned to El Salvador was supported by substantial evidence. *Id.* Accordingly, Vargas' petition for review is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.